# United States District Court
## District of New Hampshire

M⁵ Christopher (Crystal) Beaulieu
_____
 Plaintiff

v.

Helen Hanks et al
_____
 Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(X) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.  Parties

A. Please provide the following information for each plaintiff:

1. Name Beaulieu          Christopher (Crystal)
     (Last)              (First)          (Initial)

2. Place of Detention New Hampshire state prison

3. Institutional Address NH sp# 83536 Po Box 14 Concord
N.H. 03302

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

 ☐ Pretrial Detention Order
 ☒ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed March 4, 2011

Michelle Edmark, warden of NHSP
281 N. State St. Concord NH 03302

Dupris Security Lieutenant of NHSP
281 N. State St. Concord NH 03302

Bazil, Correctional officer CCU
281 N. State Street Concord NH 03302

Joshua Ellis, Correctional cpl
281 N. State St. Concord NH 03302

Daniel Boynton - Captian of SHU/CCU
281 N. State St. Concord NH 03302

Troy Fontaine, former Lieutenant of closed custody unit ccu
281 N. State St. Concord NH 03302

Benjamin Carver; security Lieutenant of spu/Rtu
281 W. State St. Concord NH 03302

Seabron; correctional officials of SPU/RTU
281 W. State Street Concord NH 03302

Scott Marshall; Captian of Rtu/SPU
281 N. State Street Concord NH 03302

Christopher Berntsen, correctional cpl of Rtu/SPU
281 N. State St. Concord NH 03302

B. Please provide the full name, current title and address known for each defendant:

1. Name Hanks      Helen      e
        (Last)        (First)        (Initial)

2. Title Commissioner

3. Address 105 Pleasant St.

Concord N.H. 03302

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.     Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: Failure to protect - 8th amendment violation

Supporting *Facts:* On September 20, 2018 - I was living in the residential Treatment unit and a unit within the Care and Control of the Division of medical and forensic Services. On said date, I was in the South J-dayroom when inmate Kevin Smith Confronted me in a Hostile mannor. Inmate Smith Continued to demand me to Stop my legal work and listen. I gathered up my legal work and when I got it together I went to my Room J-11 I slamed my Cell door which bounched open inmate Smith riped it open and Continued to be violently

USDCNH-11 (Rev. 5/13)(previous editions obsolete)        Page 4

Hostile towards me is why I went back out towards the dayroom

Allegation 2: Failure to Protect - 8th Amendment

Supporting *Facts*: On December 5, 2018 At approx'ly 7:15 Pm during Fed meds Co Bazile was working the control room of closed custody unit (CCU). During Fed meds Co Bazile was talking on the phone as he does everytime he is in the control room
Co Bazile's actions of being On the Phone (continue

Allegation 3: Negligence - violation of State tort laws

Supporting Facts: on November 9, 2018 Cpl Joshua Ellis, The officer in charge of the Closed Custody unit (CCU) on said date. I first asked to live with Bradley D. Winbush #73085, Cpl Ellis down right denied that. I then said the other Person In CCU that I knew James L. Merchant #77822, Cpl Ellis said "I was going to Put you in there any way I made up (cont.)

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): A) Declare that the acts and omission described herein violated Plaintiff's rights under the constitution and laws of the United States;
B) Order Defendents to pay compensatory and punitive damages;
C) grant other just and equitable relief that this Honorable Court deems necessary.

Date: 5.16.19

_____
Signature of Plaintiff

State of New Hampshire        ]

                               ]   ss

County of _____  ]


_____ , being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____ , 20\_\_\_..


_____

Notary Public/Justice of the Peace

---

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

5·16·19
_____
DATE                                      SIGNATURE

---

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( )     NO (X)
**(check one only)**

Date: 5·16·19      _____
                              Signature of Plaintiff

Continued from allegation 1: Failure to protect

Inmate smith followed.

Inmate smith stated "You can P/c or by Tommorrow morning I am going to smash your head in"

I responded "I am not p/c ing"

he Countered the response by saying "f--- it"

Mr. smith, started to chase me around the dayroom when he got me cornered and Hit me on the right side of my face. I reacted in Self-Defense.

The defendents (1) FNUK Seabron (2) cpl Christopher Bernstran (3) Lt Benjamin Carver all employed in S.P.U/ RTU a componant of the Division of Medical and forensic service within the DoC willingly and Knowingly acted with failure to protect by:

1) Sleeping on the Job.
2) Knowing that RTU has a history of violence disregarded the Safety Issues by Sleeping on the Job.
3) Failed to protect me because of Sleeping of his Sleeping which resulted in me getting three Stitches in my head.

Prior to me even going to R tu a number of Safety Measures were put into place. As I am a female in a male prison because I am a Transgender. These measures came out to be false and Misleading.

I filed a complaint a number of times fo

Continued from Allegation 1: Failure to protect

Sgt Benjamin Carver, I got no responses back but one
which he stated he never got.
Note: Sgt Carver is now (Lt.)
Capt. Marshall; Did not answer any of the points I raised
re on the request only wrote his Supervisor's name.
Dir Mattis - Denied my Appeal.
Commissioner Denied my Appeal.

As a result of this I ended up with three stitchs above my
eye My eye sight detererating Massive headaches and all the
individuals could do was denie my relief

Allegation: 2: Failure to Protect (Continued)

Caused him to be distracted and not know who was coming out for red meds

Co Bazile, let out C-Teir which only had one cell to pop out. C-52 was a red med but only one which was inmate Bennett.

When I came out I took a left towards C-Teir to drop a request slip in the mailbox the whole time Co Bazile was on the phone.

When I went down to wait for everyone else to gather to go for red meds I was waiting by the elevator My former cellmate Bwow member James Merchant #77822 said "remember me" and punched me in the face.

Upon Information and belief, inmate Merchant kicked in the face approx'ly four times which came from witnesses.

I do not recall the incident well. I do recall it took approx'ly five minutes for Cpl Eisman, Co Yiri, Sgt/Lt Dupuis to come out of the sgts office in CCU to stop this.

B-Teir worker and Retunda worker could hear me scream from CCU front door. Yet it took five minutes to the Co's to respond from a office across from were I was being assaulted if B-Teir could hear me No doubt they could hear me in the office

Continued allegation a failure to Protect ~~Eight~~ Eighth Amend.

CCU (Closed Custody Unit) staff knew that I was coming to CCU and they intentionally placed me with a gang member. CCU Staff knew I was a Transgender, sex offender and knew that I was labeled a Snitch. ~~&~~ these staff responded slowly knowing I was being assaulted

This incident would not have happend if
1) Co Bazile was not on the phone
3) Co Bazile was monitoring and doing his Job when popping out inmates for redmeds
even when housing me ~~with~~ with inmate Merchant staff knew

) That inmate merchant has a violate history
) That Bowu has a violent history to including a murder in 2009
3) That inmate merchant was listed as a stg (Security threat group)
) That I sought protective Custody from ("Bowu") Yet they fill placed me in his Cell
on 12/ /2018 I wrote Lt Dupris which was never answered
on 2/ /2019 I wrote an appeal to Lt T. fontaine who answered by hearsay evidence not
on 3/ /2019 I appealed Lt to capt Boynton
on 4/ /2019 I appealed it to warden ~~temmmetos~~ Edmark
on 4/ /2019 I appealed it to Commissioner Hinks
All appeals were denied.
I have ended up with a perment indent in my nose and massive Headaches and flash backs from ~~the~~ trama that is effecting my ptsd

Allegation 3 (Cont.) Negligence violations of state tort laws

my mind already".

Cpl J. Ellis. Neglected his duties when he placed me in a cell with a known violent gang member Knowing I was a transgender.

Cpl Ellis, Lacked care and attention by placing me in this cell. Even though I said I could Cpl Ellis, as a correctional officer he could have determined other housing within COU.

After writing a statement and moving my property into C-Teir 52 I am called out to Cpl Ellis in which he said

"The captians office called and you need to write you can live with inmate merchant or go into protective custody"

This was said because I sought Protective Custody in the past from Brother Hood Of White worrior (BOWW) who is known about violent behaviors to include a murder in prison.

Cpl Ellis gave me no other Housing options and only gave me Protective custody or living with Boww member. Knowing I Sought to live with inmate winbush it is known that Cpl Ellis was hoping I would P/c when I came in instead because I did not he put me in with a Boww member Knowing (1) I m a sex offender

Allegation 3 (Cont) Negligence Violation of State tort law

2) Labled as a snitch (3) I'm a transgender woman
  Cpl Ellis, violated his duties under the Constitution
to protect me by Neglecting his duties by placing
me in a cell with a member of a gang known
by all prison offizials to be violent
  Lt Fontaine - Denied my request because I requested
to live with IIm Merchant
  Capt Boynton Denied my grievance
Warden did the same Concerning with the Capt & Lt
commissioner Concering with the warden.