```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Christopher Beaulieu

    v.

Case No. 19-cv-543-PB

NH Department of Corrections, Commissioner,
et al

## ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 28, 2020, and deny the motion to dismiss in its entirety (doc. no. 25).

                                      /s/Paul Barbadoro
                                      _____
                                      Paul Barbadoro
                                      United States District Judge

Date: February 13, 2020

cc: Christopher Beaulieu, pro se
    Counsel of Record