UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher (Crystal) Beaulieu

    v.                                    Case No. 19-cv-543-PB

Claude Dupuis, Jr. et al.

ORDER


    No objection having been filed, I herewith approve the
Endorsed Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated June 8, 2020, and grant plaintiff's motion to
dismiss (doc. no. 46) and dismiss Claims 2(b) and 2(c) without
prejudice and drop defendants Lt. C. Dupuis, Ednerson Bazile,
Paul Oyori, and James Iseman from this case, without prejudice
to plaintiff's ability to plead similar claims against those
defendants in a new case. "'[O]nly those issues fairly raised by
the objections to the magistrate's report are subject to review
in the district court and those not preserved by such objection
are precluded on appeal.'"  School Union No. 37 v. United Nat'l
Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v.
Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st
Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d
4, 6 (1st Cir. 1986) (after proper notice, failure to file a
specific objection to magistrate's report will waive the right
to appeal).


                                          /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: June 23, 2020

cc:  Christopher (Crystal) Beaulieu, pro se
     Anthony Galdieri, Esq.
     Lawrence Edelman, Esq.