To US District Court,
RE: Beaulieu v. Helen E. Hanks et al
Case No: 19-cv-00543-PB

8-9-20

FILED - USDC-NH
2020 AUG 12 PM 12:17

I, Mrs. Christopher Crystal Beaulieu, Strafford County Department of Corrections, 266 County Farm Rd, Dover N.H. 03820

The plaintiff moves this honorable Court to dismiss the above matter <u>without prejudice</u> to restate My Case with addional Claims & defendents

It is stated

1) The Plaintiff has seen that this honorable Court has favored & has a history of favoring the N.H. Department of Corrections and their lawyers in Summary Judgement cases

2) Plaintiff has not been given notice of intent or that a Summery Judgement has been filed by the Clerk of Court.

3) The Plaintiff Made Some mistakes when filing her Case due to head injuries in A 2 mo. Seperation. She Suffered <u>two (2)</u> head injuries (1) in Sept. 2018 and (1) in December 2018. She is trying to gain her memorie of these events because of the actions of Prison staff. She has

gained some and feels it would be in the best interest of Justice that she be allowed to dismiss this case and be allowed to refile it at a later time

4) Plaintiff has not contacted the Doc's Lawyers in this matter as she is More indigent then before Due to not having State pay & haven to relay on My future Husband Mike Robie to Put Money on my accounts

Wherefore plaintiff Respectfully request

1) This honorable Court dismiss this action without prejudice

2) That plaintiff be given approval to refile this case

3) Any and all Deemed equal

Respectfully
Mrs Crystal L. Ro[...]

Ms. Christopher Crystal Beaulieu
Strafford County Department of Corrections
266 County Farm Road
Dover N.H. 03820

Legal Mail

MAILED FROM
STRAFFORD COUNTY
MAIL HAS NOT BEEN CENSORED

United States District Court
District of New Hampshire
55 Pleasant St. RM 110
Concord N.H. 03301

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131